UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHIEL BAHAR,<br>Plaintiff,<br>v.<br>J. MOECKLY,<br>Defendant. | Case No. 1:25-cv-01016-FJS (PC)<br>ORDER DENYING PLAINTIFF'S MOTION FOR RULING<br>(ECF No. 11) |

Plaintiff Ashiel Bahar ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's complaint against Defendant J. Moeckly under the Prison Rape Elimination Act. (ECF No. 1.) Plaintiff's complaint has not yet been screened.

On March 25, 2026, Plaintiff moved for a ruling in this action. (ECF No. 11.) Plaintiff stated that "I filed this case going on a year ago now and I've heard nothing at all." (ECF No. 11.)

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii).

There are hundreds of prisoner civil rights cases presently pending before the court, and delays are inevitable. The court is aware of the pendency of this action and will screen Plaintiff's complaint in due course. Plaintiff's motion for a ruling is therefore denied.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for ruling, (ECF No. 11), is DENIED; and
2. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **November 20, 2026**

UNITED STATES MAGISTRATE JUDGE